John H. Collins, Respondent,* v. Leslie Gifford, Appellant. — Judgment affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

George H. Whitney, Respondent, v. Albert M. Patrick, President of the Village of Mechanicville, N. Y., and Others, Appellants, Impleaded with George Slingerland and Others.— Order affirmed on the opinion of Houghton, J., at Special Term (Reported in 64 Misc. Rep. 191), with ten dollars costs and disbursements. All concurred, except Smith, P. J., dissenting.

Naomi S. Baird, Respondent, v. The City of Gloversville, Appellant.— Judgment unanimously affirmed, with costs.

Josephine A. Beach, Respondent, v. Elizabeth G. Large (Formerly Elizabeth G. Smith), Appellant, Impleaded with Phoebe E. Smith, Respondent.— Interlocutory judgment affirmed, with costs. All concurred.

Henry Bowers, Respondent, v. United Traction Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

George K. Bradt, Respondent, v. Chauncey Bradt, Appellant.— Judgment of the County Court affirmed, with costs. All concurred.

Ellen Bridge, as Administratrix, etc., of George Bridge, Deceased, Appellant, v. Consolidated Light and Power Company, Respondent.— Judgment unanimously affirmed, with costs.

---

* This case was decided October 1, 1909.— [REP.